UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVION MAURICE ALEXANDER,

                Petitioner,

    v.

ROB JACKSON,

                Respondent.

Case No. C24-354-BJR-MLP

ORDER DENYING PETITIONER'S
REQUEST FOR COPIES

      This is a federal habeas action proceeding under 28 U.S.C. § 2254. Respondent's answer to Petitioner's petition for writ of habeas corpus (dkt. # 9) is currently ripe for consideration. The Court recently received from Petitioner a letter requesting copies of legal documents. (Dkt. # 13.) The letter is somewhat confusing because it is addressed to the Clerk of the Washington Supreme Court, and not to this Court, but Petitioner specifically requests therein documents relating to this case. (*See id.*) Petitioner explains in his letter that he was transferred to a new facility and some of his legal documents were either lost during the transfer or have not yet arrived, and he requests copies of essentially all documents filed in this case.

      As a general matter, the Court does not provide free copies of documents to litigants. It is the responsibility of all litigants to retain copies of documents submitted to the Court for filing as well as those received from the Court or opposing parties. While Petitioner suggests in his letter

ORDER DENYNG PETITIONER'S
REQUEST FOR COPIES - 1

that he is not responsible for the loss of his documents, he makes no showing that he has attempted to locate his missing belongings through available Department of Corrections ("DOC") processes. As no briefing is currently due in this matter, Petitioner's need for the documents is not imminent. The Court therefore declines to entertain Petitioner's request for copies at the present time as he has not demonstrated that good cause exists for him to be provided copies free of charge.

Petitioner may, if necessary, renew his request once he pursues any remedies available to him through the DOC. Any renewed request should be presented in a proper motion, filed in accordance with Local Civil Rule ("LCR") 7, should identify with specificity the documents Petitioner is missing, and should include a detailed statement of the efforts Petitioner has made to retrieve his documents through the DOC. Petitioner will be provided a current copy of the docket sheet to assist him in identifying missing documents.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's request for copies (dkt. # 13) is DENIED.

(2) The Clerk is directed to send a copy of this Order to Petitioner together with a current copy of the docket sheet. The Clerk is further directed to send copies of this Order to counsel for Respondent, and to the Honorable Barbara J. Rothstein.

DATED this 1st day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYNG PETITIONER'S
REQUEST FOR COPIES - 2