The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVION MAURICE ALEXANDER,<br>Petitioner,<br><br>v.<br><br>ROBERT JACKSON,<br>Respondent. | NO. 2:24-cv-354<br><br>**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION** |

This matter comes before the Court on an unopposed Motion to Withdraw Petition, filed by Petitioner Kevion Alexander. Dkt. No. 20. Petitioner is currently in the custody of the Washington Department of Corrections pursuant to a 2019 judgment and sentence of the King County Superior Court. Petitioner filed in this Court a petition for writ of habeas corpus under 28 U.S.C. § 2254, seeking relief from that judgment and sentence. Dkt. Nos. 1, 6. On October 23, 2024, Magistrate Judge Michelle Peterson issued a Report and Recommendation ("R&R"), recommending dismissal of Petitioner's claims with prejudice, and denial of a certificate of appealability. Dkt. No. 17. Petitioner filed Objections to that R&R, and Respondent filed a Response to those Objections.

Before this Court had the opportunity to review the R&R, Petitioner filed the instant Motion to Withdraw Petition, to which Respondent has not filed any opposition. Petitioner asserts that he has "made many errors and failures in preparing his petition for habeas corpus," including

ORDER GRANTING MOTION TO
WITHDRAW PETITION

- 1

those outlined in the R&R. Mot. at 2. Having reviewed the Motion and in the absence of any objection from Respondent, the Court hereby GRANTS Petitioner's Motion to Withdraw his Petition without prejudice.

DATED this 22nd day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION TO
WITHDRAW PETITION

- 2